RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2016 JUN 23 PM 3:22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] MIGUEL A. PACHECO-MEJIAS,<br>aka "El Blanco/ Miguel Ratón",<br>(Counts One through Six)<br>[2] MARK W. TORRES-OCCONER,<br>aka "Mawi",<br>(Counts One through Six)<br>[3] RONALD APONTE-CASTILLO,<br>aka "Ronald"<br>(Counts One through Six)<br>[4] FREDDY FERRER-CRESPO,<br>aka "Maldito",<br>(Counts One through Six)<br>[5] JOSE M. TORRES-RODRIGUEZ,<br>aka "Pollina/Polli",<br>(Counts One through Six)<br>[6] LUIS A. ARCHEVAL,<br>aka "Archeval"<br>(Counts One through Six)<br>[7] JOSE A. AVILES-GILBERT,<br>aka "Berto/Lolo",<br>(Counts ONE through Five)<br>[8] JOSE ORTIZ-CEDENO,<br>aka "Monchi",<br>(Counts One through Five)<br>[9] ORLANDO ARROYO,<br>aka "Casper",<br>(Counts One through Six)<br>[10] CHRISTOPHER DE JESUS,<br>aka "Planetario/Chris El Planetario",<br>(Counts One through Six)<br>[11] ANGEL PEREZ-CANCEL,<br>aka "Yanyel/Janjel/Doble J",<br>(Counts One through Five)<br>[12] ANTHONY B. RIVERA-LOPEZ,<br>aka "La B",<br>(Counts One through Six) | INDICTMENT<br><br>**FILED UNDER SEAL**<br><br>CRIMINAL NO. 16-4/2 (JAG)<br><br>**Violations:**<br><br>(COUNT ONE)<br>Title 21, United States Code, §§ 841(a)(1), 846, and 860<br><br>(COUNT TWO)<br>Title 21, United States Code, §§841(a)(1)(b)(1)(A)(i) and 860 and Title 18, United States Code, § 2<br><br>(COUNT THREE)<br>Title 21, United States Code, §§841(a)(1)(b)(1)(A)(iii) and 860 and Title 18, United States Code, § 2<br><br>(COUNT FOUR)<br>Title 21, United States Code, §§841(a)(1)(b)(1)(A)(ii) and 860 and Title 18, United States Code, § 2<br><br>(COUNT FIVE)<br>Title 21, United States Code, §§841(a)(1)(b)(1)(B)(vii) and 860 and Title 18, United States Code, § 2<br><br>(COUNT SIX)<br>Title 18, United States Code, §§924(c) and Title 18, United States Code, § 2<br><br>**Narcotics Forfeiture Allegation**<br>Title 21, United States Code, § 853 and Rule 32.2(a) F.R.C.P. |

| | |
|---|---|
| [13] ARNALDO J. SANTANA-RAMOS,<br>aka "Naldy/El Pequeño",<br>(Counts One through Five)<br>[14] WALTER HERNANDEZ-RIVERA,<br>aka "Walter Cabeza/Playuco/Playu",<br>(Counts One through Five)<br>[15] ALEXIS SOTO-VARGAS,<br>aka "Bolillo",<br>(Counts One through Five)<br>[16] LUIS A. SANTIAGO-IRIZARRY,<br>aka "Kikologo/Kiko",<br>(Counts One through Five)<br>[17] JOSHUA ORTIZ-ARCHEVAL,<br>aka "Kikito",<br>(Counts One through Five)<br>[18] CHRISTIAN X. LUGO-SOPENA,<br>aka "Christian/Toston",<br>(Counts One through Five)<br>[19] JORGE L. MALDONADO-PACHECO,<br>aka "Barber",<br>(Counts One through Five)<br>[20] GEREMID F. PEREZ-BANCHS,<br>aka "Bebo",<br>(Counts One through Five)<br>[21] NELSON LACOURT-LINARES,<br>aka "Blaki",<br>(Counts One through Five)<br>[22] LUIS A. AYALA-VEGA,<br>aka "Luis Meya/Mellao",<br>(Counts One through Five)<br>[23] BRYAN OCASIO-MARTINEZ,<br>aka "Cuajo/ Saca Mostro",<br>(Counts One through Six)<br>[24] RICHARD SANTIAGO-SANTIAGO,<br>aka "Guimo/Richie"<br>(Counts One through Five)<br>[25] MIGUEL A. PEREZ,<br>aka "Pucho",<br>(Counts One through Five)<br>[26] CRISTOPHER J. BRACERO-ROMAN,<br>aka "Mono",<br>(Counts One through Five)<br>[27] CARLOS PADILLA-PEREZ,<br>aka "Luis Padilla",<br>(Counts One through Five)<br>[28] FELIX J. GONZALEZ-TORRES,<br>aka "El gato",<br>(Counts One through Five) | Firearms and Ammunition Forfeiture Allegation<br>Title 18, United States Code, § 924(d)(1);<br>Title 28, United States Code, § 2461 (c);<br>and Rule 32.2(a) F.R.C.P.<br><br>(SIX COUNTS) |

3

| |
|---|
| [29] GIOVANY MATOS-VICENTI, <br> aka "Mueca", <br> (Counts One through Five) <br> [30] ALEXIS G. MERCADO-SANCHEZ, <br> aka "Macri", <br> (Counts One through Five) <br> [31] JEAN L. DOMINGUEZ-SOTO, <br> aka "Chino", <br> (Counts One through Five) <br> [32] JESUS M. DALIOT-RIOS, <br> aka "Chuchu", <br> (Counts One through Five) <br> [33] WILBERT ROSADO-PEREZ, <br> aka "Bebo Federal", <br> (Counts One through Five) <br> [34] STEVEN QUINTANA-CEDENO, <br> aka "Problematic Quintana/Nesti", <br> (Counts One through Five) <br> [35] ELIZARDO RUIZ-TIRADO, <br> aka "Tito Linea/TL", <br> (Counts One through Five) <br><br> **Defendants.** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
21 U.S.C. § 846
**Conspiracy to Possess with Intent to Distribute Controlled Substances**

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald"
[4] FREDDY FERRER-CRESPO, aka "Maldito",
[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[7] JOSE A. AVILES-GILBERT, aka "Berto/Lolo",
[8] JOSE ORTIZ-CEDENO, aka "Monchi",
[9] ORLANDO ARROYO, aka "Casper",
[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[11] ANGEL PEREZ-CANCEL, aka "Yanyel/Janjel/Doble J",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",

4

<u>United States of America vs.Pacheco-Mejias, et al.</u>

[13] ARNALDO J. SANTANA-RAMOS, aka "Naldy/El Pequeño",
[14] WALTER HERNANDEZ-RIVERA, aka "Walter Cabeza/Playuco/Playu",
[15] ALEXIS SOTO-VARGAS, aka "Bolillo",
[16] LUIS A. SANTIAGO-IRIZARRY, aka "Kikologo/Kiko",
[17] JOSHUA ORTIZ-ARCHEVAL, aka "Kikito",
[18] CHRISTIAN X. LUGO-SOPENA, aka "Christian/Toston",
[19] JORGE L. MALDONADO-PACHECO, aka "Barber",
[20] GEREMID F. PEREZ-BANCHS, aka "Bebo",
[21] NELSON LACOURT-LINARES, aka "Blaki",
[22] LUIS A. AYALA-VEGA, aka "Luis Meya/Mellao",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",
[24] RICHARD SANTIAGO-SANTIAGO, aka "Guimo/Richie"
[25] MIGUEL A. PEREZ, aka "Pucho",
[26] CRISTOPHER J. BRACERO-ROMAN, aka "Mono",
[27] CARLOS PADILLA-PEREZ, aka "Luis Padilla",
[28] FELIX J. GONZALEZ-TORRES, aka "El gato",
[29] GIOVANY MATOS-VICENTI, aka "Mueca",
[30] ALEXIS G. MERCADO-SANCHEZ, aka "Macri",
[31] JEAN L. DOMINGUEZ-SOTO, aka "Chino",
[32] JESUS M. DALIOT-RIOS, aka "Chuchu",
[33] WILBERT ROSADO-PEREZ, aka "Bebo Federal",
[34] STEVEN QUINTANA-CEDENO, aka "Problematic Quintana/Nesti",
[35] ELIZARDO RUIZ-TIRADO, aka "Tito Linea/TL",

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other and with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally distribute controlled substances, to wit: one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled Substance; all within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is, the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public

Housing Project. All in violation of Title 21, <u>United States Code</u> Sections 841(a)(1), 846, and 860.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; the Dr. Manuel De La Pila Iglesias Public Housing Project; and the El Pino Ward in Villalba, Puerto Rico, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1. It was part of the manner and means of the conspiracy that the defendants and their co-conspirators established drug distribution points in different areas inside the public housing projects. The drug distribution points were located at the staircases of the public housing project buildings or at the central plaza of the public housing projects, among other locations.

2. It was further part of the manner and means and of the conspiracy that the defendants and their co-conspirators would sell street quantities amounts of heroin, cocaine base ("crack"), cocaine, and marijuana in such drug distribution points.

3. It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine, and marijuana in order to distribute the same in street quantity amounts at the drug distribution points.

4. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, cut, divide and package heroin, cocaine base ("crack"), cocaine, and marijuana, in small "baggies", vials or other packaging for subsequent sale at the above-mentioned drug distribution points.

5. It was further part of the manner and means of the conspiracy that some of the cocaine

purchased at wholesale quantities would be converted into crack cocaine, (cooked), for subsequent sale and distribution at their drug distribution points.

6. It was further part of the manner and means of the conspiracy that leaders, drug point owners, enforcers, runners, and sellers of this organization would divide among themselves and their subordinates the proceeds of the drug trafficking sales.

7. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often prepare the narcotics for distribution in empty apartments located within the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project.

8. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would package, conceal or store the cocaine base ("crack"), cocaine, marijuana, equipment, materials used to process and package the controlled substances (drug paraphernalia), firearms, magazines, and ammunition in abandoned or empty apartments inside the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project.

9. It was further part of the manner and means of the conspiracy that the gates of the public housing project buildings would be covered with iron plates that would prevent immediate access or visibility to the interior. The purpose of this tactic was to avoid detection by law enforcement personnel.

10. It was further part of the manner and means of the conspiracy, that the sellers would use masks to cover their faces and avoid detection by law enforcement while selling drugs at the drug points.

11. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would conceal or store ammunition, magazines, and firearms in the

apartments that were registered under other co-conspirators to avoid detection by law enforcement.

12. It was a further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would have access to different vehicles in order to transport money, narcotics, and firearms.

13. It was further part of the manner and means of the conspiracy that the leaders of the drug trafficking organization had final approval authority as to disciplinary action to be imposed upon residents of the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project, and/or the members of the conspiracy should they disobey the rules imposed by the drug trafficking organization.

14. It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use intimidation, force, and violence in order to maintain control of the drug trafficking operations, intimidate rival drug trafficking organizations, and discipline members of their own drug trafficking organization.

15. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization. At different points during the conspiracy, the leaders would provide members of the organization with different types of firearms, in order to protect themselves, the narcotics and their proceeds from rival drug trafficking gangs.

16. It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would act in different roles in order to further the goals of the conspiracy, to wit: leaders, drug point owners, enforcers, runners, sellers, and facilitators.

17. It was further part of the manner and means of the conspiracy that the leaders would maintain a

group of co-defendants administrating the daily activities of the drug distribution point.

18. It was further part of the manner and means of the conspiracy to conduct meetings to discuss the activities of the drug trafficking organization.

19. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use two-way radios ("walkie-talkies" referred to as scanners) and cell phones in order to communicate and alert the presence of law enforcement agents or members of rival gangs and to discuss among themselves the operations of the drug distribution points.

20. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would tattoo themselves and wear clothing items with the logo of the organization.

### III. ROLES OF THE MEMBERS OF THE CONSPIRACY

Leaders/drug point owners controlled and supervised the drug trafficking operations at the drug distribution points located within the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project.

During the span of the conspiracy, Leaders/Drug Point Owners purchased kilogram quantities of narcotics and oversaw the sale of such narcotics at the drug distribution points. As "drug owners" they would receive proceeds from the sale of controlled substances distributed at the drug distribution points. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities. Leaders would also possess firearms in furtherance of the drug trafficking activities of the organization.

Enforcers did possess, carry, brandish, use and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and

9

to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points.

The runners worked under the supervision of the leaders/drug point owners of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug points. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift at the drug points. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug points. At various times, they would be responsible for recruiting street sellers and additional runners. The runners would also supervise the sellers and the daily activities at the drug points.

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine, and marijuana. As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution points. At times, sellers would use two-way radios ("walkie-talkies", "scanners") and cell phones in order to communicate with other members of the organization.

All in violation of Title 21, United States Code, Section 841(a)(1)(b)(1)(A), 846 and 860.

### COUNT TWO
### 21 U.S.C. § 841(a)(1)
### Aiding and Abetting in the Possession/Distribution of Heroin

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald"
[4] FREDDY FERRER-CRESPO, aka "Maldito",

[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[7] JOSE A. AVILES-GILBERT, aka "Berto/Lolo",
[8] JOSE ORTIZ-CEDENO, aka "Monchi",
[9] ORLANDO ARROYO, aka "Casper",
[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[11] ANGEL PEREZ-CANCEL, aka "Yanyel/Janjel/Doble J",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",
[13] ARNALDO J. SANTANA-RAMOS, aka "Naldy/El Pequeño",
[14] WALTER HERNANDEZ-RIVERA, aka "Walter Cabeza/Playuco/Playu",
[15] ALEXIS SOTO-VARGAS, aka "Bolillo",
[16] LUIS A. SANTIAGO-IRIZARRY, aka "Kikologo/Kiko",
[17] JOSHUA ORTIZ-ARCHEVAL, aka "Kikito",
[18] CHRISTIAN X. LUGO-SOPENA, aka "Christian/Toston",
[19] JORGE L. MALDONADO-PACHECO, aka "Barber",
[20] GEREMID F. PEREZ-BANCHS, aka "Bebo",
[21] NELSON LACOURT-LINARES, aka "Blaki",
[22] LUIS A. AYALA-VEGA, aka "Luis Meya/Mellao",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",
[24] RICHARD SANTIAGO-SANTIAGO, aka "Guimo/Richie"
[25] MIGUEL A. PEREZ, aka "Pucho",
[26] CRISTOPHER J. BRACERO-ROMAN, aka "Mono",
[27] CARLOS PADILLA-PEREZ, aka "Luis Padilla",
[28] FELIX J. GONZALEZ-TORRES, aka "El gato",
[29] GIOVANY MATOS-VICENTI, aka "Mueca",
[30] ALEXIS G. MERCADO-SANCHEZ, aka "Macri",
[31] JEAN L. DOMINGUEZ-SOTO, aka "Chino",
[32] JESUS M. DALIOT-RIOS, aka "Chuchu",
[33] WILBERT ROSADO-PEREZ, aka "Bebo Federal",
[34] STEVEN QUINTANA-CEDENO, aka "Problematic Quintana/Nesti",
[35] ELIZARDO RUIZ-TIRADO, aka "Tito Linea/TL",

the defendants herein, aiding and abetting each other, did knowingly and intentionally, possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project. All in violation of Title 21, United States Code, Sections 841(a)(1)(b)(1)(A)(i) and 860; and Title 18, United States Code, § 2.

United States of America vs.Pacheco-Mejias, et al.

# COUNT THREE
## 21 U.S.C. § 841(a)(1)
## Aiding and Abetting in the Possession/Distribution of Cocaine Base

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald",
[4] FREDDY FERRER-CRESPO, aka "Maldito",
[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[7] JOSE A. AVILES-GILBERT, aka "Berto/Lolo",
[8] JOSE ORTIZ-CEDENO, aka "Monchi",
[9] ORLANDO ARROYO, aka "Casper",
[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[11] ANGEL PEREZ-CANCEL, aka "Yanyel/Janjel/Doble J",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",
[13] ARNALDO J. SANTANA-RAMOS, aka "Naldy/El Pequeño",
[14] WALTER HERNANDEZ-RIVERA, aka "Walter Cabeza/Playuco/Playu",
[15] ALEXIS SOTO-VARGAS, aka "Bolillo",
[16] LUIS A. SANTIAGO-IRIZARRY, aka "Kikologo/Kiko",
[17] JOSHUA ORTIZ-ARCHEVAL, aka "Kikito",
[18] CHRISTIAN X. LUGO-SOPENA, aka "Christian/Toston",
[19] JORGE L. MALDONADO-PACHECO, aka "Barber",
[20] GEREMID F. PEREZ-BANCHS, aka "Bebo",
[21] NELSON LACOURT-LINARES, aka "Blaki",
[22] LUIS A. AYALA-VEGA, aka "Luis Meya/Mellao",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",
[24] RICHARD SANTIAGO-SANTIAGO, aka "Guimo/Richie",
[25] MIGUEL A. PEREZ, aka "Pucho",
[26] CRISTOPHER J. BRACERO-ROMAN, aka "Mono",
[27] CARLOS PADILLA-PEREZ, aka "Luis Padilla",
[28] FELIX J. GONZALEZ-TORRES, aka "El gato",
[29] GIOVANY MATOS-VICENTI, aka "Mueca",
[30] ALEXIS G. MERCADO-SANCHEZ, aka "Macri",
[31] JEAN L. DOMINGUEZ-SOTO, aka "Chino",
[32] JESUS M. DALIOT-RIOS, aka "Chuchu",
[33] WILBERT ROSADO-PEREZ, aka "Bebo Federal",
[34] STEVEN QUINTANA-CEDENO, aka "Problematic Quintana/Nesti",
[35] ELIZARDO RUIZ-TIRADO, aka "Tito Linea/TL",

the defendants herein, aiding and abetting each other, did knowingly and intentionally, possess with

United States of America vs.Pacheco-Mejias, et al.

intent to distribute two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project. All in violation of Title 21, United States Code Sections 841(a)(1)(b)(1)(A)(iii) and 860; and Title 18, United States Code, § 2.

## COUNT FOUR
### 21 U.S.C. § 841(a)(1)
### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald",
[4] FREDDY FERRER-CRESPO, aka "Maldito",
[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[7] JOSE A. AVILES-GILBERT, aka "Berto/Lolo",
[8] JOSE ORTIZ-CEDENO, aka "Monchi",
[9] ORLANDO ARROYO, aka "Casper",
[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[11] ANGEL PEREZ-CANCEL, aka "Yanyel/Janjel/Doble J",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",
[13] ARNALDO J. SANTANA-RAMOS, aka "Naldy/El Pequeño",
[14] WALTER HERNANDEZ-RIVERA, aka "Walter Cabeza/Playuco/Playu",
[15] ALEXIS SOTO-VARGAS, aka "Bolillo",
[16] LUIS A. SANTIAGO-IRIZARRY, aka "Kikologo/Kiko",
[17] JOSHUA ORTIZ-ARCHEVAL, aka "Kikito",
[18] CHRISTIAN X. LUGO-SOPENA, aka "Christian/Toston",
[19] JORGE L. MALDONADO-PACHECO, aka "Barber",
[20] GEREMID F. PEREZ-BANCHS, aka "Bebo",
[21] NELSON LACOURT-LINARES, aka "Blaki",
[22] LUIS A. AYALA-VEGA, aka "Luis Meya/Mellao",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",

[24] RICHARD SANTIAGO-SANTIAGO, aka "Guimo/Richie"
[25] MIGUEL A. PEREZ, aka "Pucho",
[26] CRISTOPHER J. BRACERO-ROMAN, aka "Mono",
[27] CARLOS PADILLA-PEREZ, aka "Luis Padilla",
[28] FELIX J. GONZALEZ-TORRES, aka "El gato",
[29] GIOVANY MATOS-VICENTI, aka "Mueca",
[30] ALEXIS G. MERCADO-SANCHEZ, aka "Macri",
[31] JEAN L. DOMINGUEZ-SOTO, aka "Chino",
[32] JESUS M. DALIOT-RIOS, aka "Chuchu",
[33] WILBERT ROSADO-PEREZ, aka "Bebo Federal",
[34] STEVEN QUINTANA-CEDENO, aka "Problematic Quintana/Nesti",
[35] ELIZARDO RUIZ-TIRADO, aka "Tito Linea/TL",

the defendants herein, aiding and abetting each other, did knowingly and intentionally, possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project. All in violation of Title 21, United States Code Sections 841(a)(1)(b)(1)(A)(ii) and 860; and Title 18, United States Code, § 2.

## COUNT FIVE
### 21 U.S.C. § 841(a)(1)
### Aiding and Abetting in the Possession/Distribution of Marijuana

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald"
[4] FREDDY FERRER-CRESPO, aka "Maldito",
[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[7] JOSE A. AVILES-GILBERT, aka "Berto/Lolo",
[8] JOSE ORTIZ-CEDENO, aka "Monchi",
[9] ORLANDO ARROYO, aka "Casper",

[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[11] ANGEL PEREZ-CANCEL, aka "Yanyel/Janjel/Doble J",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",
[13] ARNALDO J. SANTANA-RAMOS, aka "Naldy/El Pequeño",
[14] WALTER HERNANDEZ-RIVERA, aka "Walter Cabeza/Playuco/Playu",
[15] ALEXIS SOTO-VARGAS, aka "Bolillo",
[16] LUIS A. SANTIAGO-IRIZARRY, aka "Kikologo/Kiko",
[17] JOSHUA ORTIZ-ARCHEVAL, aka "Kikito",
[18] CHRISTIAN X. LUGO-SOPENA, aka "Christian/Toston",
[19] JORGE L. MALDONADO-PACHECO, aka "Barber",
[20] GEREMID F. PEREZ-BANCHS, aka "Bebo",
[21] NELSON LACOURT-LINARES, aka "Blaki",
[22] LUIS A. AYALA-VEGA, aka "Luis Meya/Mellao",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",
[24] RICHARD SANTIAGO-SANTIAGO, aka "Guimo/Richie"
[25] MIGUEL A. PEREZ, aka "Pucho",
[26] CRISTOPHER J. BRACERO-ROMAN, aka "Mono",
[27] CARLOS PADILLA-PEREZ, aka "Luis Padilla",
[28] FELIX J. GONZALEZ-TORRES, aka "El gato",
[29] GIOVANY MATOS-VICENTI, aka "Mueca",
[30] ALEXIS G. MERCADO-SANCHEZ, aka "Macri",
[31] JEAN L. DOMINGUEZ-SOTO, aka "Chino",
[32] JESUS M. DALIOT-RIOS, aka "Chuchu",
[33] WILBERT ROSADO-PEREZ, aka "Bebo Federal",
[34] STEVEN QUINTANA-CEDENO, aka "Problematic Quintana/Nesti",
[35] ELIZARDO RUIZ-TIRADO, aka "Tito Linea/TL",

the defendants herein, aiding and abetting each other, did knowingly and intentionally, possess with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real properties comprising housing facilities owned by a public housing authority, that is the Rafael Lopez Nussa Public Housing Project; the Ernesto Ramos Antonini Public Housing Project; and the Dr. Manuel De La Pila Iglesias Public Housing Project. All in violation of Title 21, United States Code Sections 841(a)(1)(b)(1)(B)(vii) and 860; and Title 18, United States Code, § 2.

**(SPACE INTENTIONALLY LEFT IN BLANK) (CONTINUED ON THE NEXT PAGE)**

<u>United States of America vs.Pacheco-Mejias, et al.</u>

## COUNT SIX

### Possession of a Firearm In Furtherance of a Drug Trafficking Crime

Beginning in or about the year 2012, and continuing up to and until the return of the instant Indictment, in the Municipality of Ponce, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] **MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",**
[2] **MARK W. TORRES-OCCONER, aka "Mawi",**
[3] **RONALD APONTE-CASTILLO, aka "Ronald"**
[4] **FREDDY FERRER-CRESPO, aka "Maldito",**
[5] **JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",**
[6] **LUIS A. ARCHEVAL, aka "Archeval",**
[9] **ORLANDO ARROYO, aka "Casper",**
[10] **CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",**
[12] **ANTHONY B. RIVERA-LOPEZ, aka "La B",**
[23] **BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",**

the defendants herein, aiding and abetting each other, did knowingly and unlawfully possess firearms as that term is defined in Title 18, <u>United States Code</u>, Section 921(a)(3), in furtherance of drug trafficking offenses as charged in counts One (1) through Five (5) of the instant Indictment. All in violation of Title 18, <u>United States Code</u>, § 924(c)(1)(A) and 2.

**(SPACE INTENTIONALLY LEFT IN BLANK) (CONTINUED ON THE NEXT PAGE)**

United States of America vs.Pacheco-Mejias, et al.

# NARCOTICS FORFEITURE ALLEGATION
## 21 U.S.C. § 853(a)(1) and (2)

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, each of the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**(SPACE INTENTIONALLY LEFT IN BLANK) (CONTINUED ON THE NEXT PAGE)**

17

United States of America vs.Pacheco-Mejias, et al.

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c), set forth in Count Six of this Indictment, the defendants,

[1] MIGUEL A. PACHECO-MEJIAS, aka "El Blanco/ Miguel Ratón",
[2] MARK W. TORRES-OCCONER, aka "Mawi",
[3] RONALD APONTE-CASTILLO, aka "Ronald"
[4] FREDDY FERRER-CRESPO, aka "Maldito",
[5] JOSE M. TORRES-RODRIGUEZ, aka "Pollina/Polli",
[6] LUIS A. ARCHEVAL, aka "Archeval",
[9] ORLANDO ARROYO, aka "Casper",
[10] CHRISTOPHER DE JESUS, aka "Planetario/Chris El Planetario",
[12] ANTHONY B. RIVERA-LOPEZ, aka "La B",
[23] BRYAN OCASIO-MARTINEZ, aka "Cuajo/ Saca Mostro",

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense.

**(SPACE INTENTIONALLY LEFT IN BLANK) (CONTINUED ON THE NEXT PAGE)**

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON
Date: JUN 3 2016.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

José Capó-Iriarte
Assistant United States Attorney
Chief Criminal Division

Alberto R. López Rocafort
Assistant United States Attorney
Deputy Chief, Narcotics Unit

Maria L. Montañez-Concepción
Assistant United States Attorney

John A. Mathews II
Assistant United States Attorney